LAW OFFICE OF IRENE KARBELASHVILI
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELBY GAIL HEIFETZ<br>    Plaintiff,<br><br>vs.<br><br>OAKLAND PORTAL, INC. a California corporation, d/b/a PORTAL, a/k/a OAKLAND PORTAL; and DOES 1-10, inclusive,<br>    Defendants. | **Case No.** 4:16-cv-3789-JST<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Shelby Gail Heifetz ("Plaintiff"), Defendant Oakland Portal, Inc., a California corporation, d/b/a Portal, a/k/a Oakland Portal ("Defendant") that having reached a full and final resolution of Plaintiff's claims, this action be dismissed with prejudice. The parties are to bear their own attorneys' fees and costs. The parties also request that the Court retain jurisdiction over the enforcement of the terms of the CONFIDENTIAL SETTLEMENT AGREEMENT executed by Plaintiff and Defendants and approved by their respective attorneys.

IT IS SO STIPULATED.

Dated: May 22, 2017            */s/ Irene Karbelashvili*
                               Irene Karbelashvili, Attorney for Plaintiff
                               Shelby Gail Heifetz

---

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1

Dated: May 22, 2017                    */s/ Stuart Tubis*
                                       Stuart Tubis, Attorney for Defendant Oakland
                                       Portal, Inc.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I, Irene Karbelashvili, received the concurrence of counsel for Defendant in the filing of this document

                                    By:    */s/ Irene Karbelashvili*
                                           IRENE KARBELASHVILI

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

2

|   | **[PROPOSED] ORDER** |
|---|---|

Having reviewed the above Stipulation for Dismissal with Prejudice by Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff") on the one hand and Defendant OAKLAND PORTAL, INC. a California corporation, d/b/a PORTAL, a/k/a OAKLAND PORTAL ("Defendant") on the other hand,

**IT IS HEREBY ORDERED** that:

1. This action be dismissed with prejudice.
2. All parties shall bear their own costs and fees in the action.
3. The Court retains jurisdiction over the parties' CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE.
4. The Clerk shall close the case file.

Dated: _____

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE